# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| **Civil Action No.** 11-cv-02588-MSK-KMT | FTR - Courtroom C-201 |
| **Date:** May 23, 2012 | Deputy Clerk, Nick Richards |

| | |
|---|---|
| ROBERT P. HAMMOND, | James A. Cederberg |
| | Luke Cederberg |
| Plaintiff, | |
| v. | |
| METROPOLITAN LIFE INSURANCE COMPANY, a New York corporation, | Jack M. Englert, Jr. |
| Defendant. | |

## COURTROOM MINUTES / MINUTE ORDER

**MOTION HEARING**
**Court in session: 11:04 a.m.**
Court calls case.  Appearances of counsel.

Motion Hearing is called regarding Plaintiff's Amended Motion to Allow Discovery (Unopposed in Part) [Doc. No. 27, March 2, 2012] and Unopposed Motion for Extension of Time for Motion to Supplement the Administrative Record [Doc. No. 40, May 10, 2012].

Oral argument from plaintiff.
Counsel tenders Plaintiff's Exhibit 1 to the court for purposes of this hearing only. Exhibit 1 will be held under Restriction - Level 2. Portions of this transcript discussing Exhibit 1 are hereby placed under Restriction - Level 2.
Oral argument from defendant.

It is **ORDERED**:    Plaintiff's Amended Motion to Allow Discovery [27] is **DENIED**. Defendant has responded in an appropriate manner to plaintiff's discovery requests and does not need to supplement responses further.

It is **ORDERED**:    Unopposed Motion for Extension of Time [40] is **GRANTED**. Plaintiff's shall file a Motion to Supplement the Administrative Record, if needed, on or before June 8, 2012. The parties agree to

          submit a joint glossary of terms in connection with plaintiff's reply brief.

**Court in Recess: 12:16 p.m.**
Hearing concluded.
Total In-Court Time    01:12

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.