IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–02588–MSK–KMT

ROBERT P. HAMMOND,

    Plaintiff,

v.

METROPOLITAN LIFE INSURANCE COMPANY, a New York corporation,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

In light of Defendant's consent to Plaintiff's proposed Amended Complaint (*see* Doc. No. 62), Plaintiff's "Unopposed Motion for Leave to Amend Complaint" (Doc. No. 51, filed Oct. 9, 2012) is GRANTED pursuant to Fed. R. Civ. P. 15(a)(2). No later than November 2, 2012, Plaintiff shall file an Amended Complaint identical in all respects to the "Proposed Amended Complaint" filed on October 9, 2012 (Doc. No. 50), save for the term "PROPOSED."

Dated: October 26, 2012