IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-02588-MSK-KMT

REBECCA R. HAMMOND, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF ROBERT P. HAMMOND,

    Plaintiff,

v.

METROPOLITAN LIFE INSURANCE COMPANY, A NEW YORK CORPORATION,

    Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the OPINION AND ORDER AFFIRMING DECISION [70] of Chief Judge Marcia S. Krieger entered on December 17, 2013, in which the Court found that the Plaintiff failed to demonstrate that Met Life's decision to deny benefits to Mr. Hammond after 2010 was arbitrary and capricious or otherwise in violation of 29 U.S.C. § 1132, it is

ORDERED that the decision of the Administrator of the welfare benefit plan is affirmed, and Final Judgment is hereby entered in favor of Defendant Metropolitan Life Insurance Company and against Plaintiff Rebecca R. Hammond.  The case is closed, and it is further

ORDERED that Defendant Met Life is **AWARDED** its costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR54.1

Dated at Denver, Colorado this 20th day of December, 2013.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/Edward P. Butler

Edward P. Butler
Deputy Clerk